IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

United States of America,

      v.                             Case No. 2:20-CR-17-MFU

Samuel Silva

<u>Defendant's assented-to motion to extend July 31 deadlines until August 7</u>

Samuel Silva, through counsel, respectfully requests this court extend the current July 31 questionnaire deadline and reciprocal discovery deadline until August 7. In support, Mr. Silva states that his counsel requires additional time to meet the pretrial schedule, and that a delay of seven days for these filings will not delay the case. Counsel for the government, Zachary Lee, Esq., does not object to an extension.

Respectfully submitted,

/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880