IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2:20-cr-017 |
| ) | |
| SAMUEL SILVA, ) | By:   Michael F. Urbanski |
| ) | Chief United States District Judge |
| Defendant.  ) | |

## ORDER

On February 16, 2024, the court sentenced defendant Samuel Silva to 180 months of imprisonment and took the issue of restitution under advisement pending the receipt of additional evidence as to the amount of Abraham Aldana's funeral expenses paid by his family. On March 11, 2024, the government submitted the declaration of Jose Aldana, ECF No. 321-1, who states that the funeral cost $4,542.53, and that the family put $950.00 in donations toward that total. The government seeks the difference, $3,592.53, in restitution. Silva did not respond to the government's additional evidence.

Accordingly, Silva is **ORDERED** to pay restitution in the amount of $3,592.53 to the family of Abraham Aldana. An amended judgment will be entered.

It is **SO ORDERED**.

Entered: April 2, 2024

Michael F. Urbanski
Chief United States District Judge